**Order entered February 24, 2021**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-19-01553-CV**

**PHYLLIS SLICKER, Appellant**

**V.**

**WILLIAM SLICKER AND LESLIE G. MARTIN, P.C., Appellees**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-15742**

**ORDER**

Before the Court is appellee Leslie G. Martin, P.C.'s third motion for extension of time to file its brief. Appellee explains the extension is necessary due to power failure resulting from the winter storms.

We **GRANT** the motion and **ORDER** the brief be filed no later than March 4, 2021.

/s/     KEN MOLBERG
         JUSTICE